# RANDALL L. SEAVER
## UNITED STATES CHAPTER 7 PANEL TRUSTEE

PORTLAND CORPORATE CENTER
12400 PORTLAND AVENUE SOUTH, SUITE 132
BURNSVILLE, MN 55337

Telephone: (952) 890-0888
Facsimile (952) 890-0244

April 12, 2011

Office of the Clerk
U.S. Bankruptcy Court
300 South Fourth Street, Suite 301
Minneapolis, MN 55415

RE:   Mark P. Way and Carla J. Way
      BKY No. 09-41956

Dear Sir/Madam:

Enclosed for filing in the above matter is MN Form 305 regarding Distributions Less than $5. Also enclosed is an estate check in the amount of $6.65 pursuant to that form.

Very truly yours,

Randall L. Seaver
Trustee
*rlseaver@fullerseaverramette.com*

RLS:klf
Enclosure
cc:   United States Trustee

MN, ND-305
(5/94)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

## Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Mark P. Way and Carla J. Way

Chapter 7 Case No. 09-41956

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Wright Hennepin Cooperative Electric Association P.O. Box 330 Rockford, MN 55373 | 1 | 202.00 | 3.51 |
| Anesthesiology, P.A. 14700 28th Avenue North, Suite 20 Plymouth, MN 55447 | 3 | 112.88 | 1.96 |
| Fairview Health Service P.O. Box 9372 Minneapolis, MN 55440 | 4 | 67.94 | 1.18 |

Dated: April 12, 2011

Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Way\Unclaimed Dividends Distribution Less than $5.wpd